UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-412-1-H

UNITED STATES OF AMERICA )
)
v. )
) ORDER
TAWANDA DENISE PITT, )
)
Defendant. )

For good cause shown, defendant, TAWANDA DENISE PITT, Motion to Seal

Sentencing Memorandum is hereby GRANTED.

SO ORDERED, this the 3rd day of May 2018.

Malcolm J. Howard
Senior United States District Judge